**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation Officer: Gary Kruck | Date:   July 31, 2014<br>Interpreter: Susana Cahill |

**CASE NO.   14-cr-00089-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>1.   MELVIN JOEL VALLE, a/k/a Abdul Acosta-Arasola, a/k/a Neiso Almendarez,<br><br>         Defendant. | Beth Gibson<br><br><br><br><br><br>Scott Varholak |

**COURTROOM MINUTES**

**SENTENCING HEARING
COURT IN SESSION:       10:31 a.m.**
Appearances of counsel.   Defendant is present and in custody.

Interpreter sworn.

Defendant entered his plea on May 8, 2014, to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding the government's Motion for a One-Level Reduction (Doc. 22, filed 6/30/14).

**ORDERED:**   Government's Motion for a One-Level Reduction (Doc. 22, filed 6/30/14) is GRANTED as stated on the record.

Discussion held and argument given regarding Defendant's Sentencing Statement and Motion for Variant Sentence (Doc. 25, filed 7/1/14).

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant and counsel for the government address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Sentencing Statement and Motion for Variant Sentence (Doc. 25, filed 7/1/14) is DENIED.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Melvin Joel Valle, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **12** months.

**ORDERED:** Upon release from imprisonment, defendant shall NOT be placed on **supervised release**.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**   **11:12 a.m.**
Hearing concluded.
Total time:   00:41